UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

TIKI BURCHARD, as personal
representative of the Estate of
Brandon Rockwell,

      **Plaintiff,**

    v.             Civil No. 07-1750-AA

ARS-FRESNO, LLC, a California
limited liability company,

      **Defendant,**
_____

ARS-FRESNO, LLC, a California
limited liability company,

      **Third-Party Plaintiff,**

    v.

ALLEN R. LAVALLEY, KYLE L. LAVALLEY,
and JOSEPH D. MODE, individuals,

      **Third-Party Defendants.**
_____

      **JUDGMENT**

**JUDGMENT**            **DOCUMENT NO:** _____

This action is remanded to the Circuit Court of Marion County for the State of Oregon.

Dated: March 4, 2008.

                            **SHERYL MC CONNELL, CLERK**

                        By:    /s/ Leslie Engdall
                               Leslie Engdall, Deputy